1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RODNEY LEWIS SMITH,

Defendant.

Case No.   12-cr-00602-JSW-1

**ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE TREATED AS UNOPPOSED BY GOVERNMENT AND INSTRUCTIONS TO CLERK**

Re: Dkt. No. 32

On November 3, 2016, Defendant, acting *pro se*, filed a motion for early termination of supervised release.  On November 9, 2016, the Court issued an order directing the Government to file and serve a response to the motion by December 9, 2016.  As of the date of this Order, the Court has not received a response.  Accordingly, the Government is HEREBY ORDERED TO SHOW CAUSE why the Court should not treat Defendant's motion as unopposed by the Government.  The Government's response to this Order to Show Cause shall be due by December 16, 2016.  If the Government intended to oppose the motion, and seeks to file an untimely opposition brief, it must file a motion for leave to file an untimely brief, showing good cause for its failure to comply with the Court's deadline, and a proposed opposition by December 16, 2016. Pending a response from the Government, the Court VACATES the Defendant's deadline to file a reply brief.

//

//

//

//

//

United States District Court
Northern District of California

1      It is FURTHER ORDERED that the Clerk shall serve a copy of this Order on United

2    States Attorney Brian Stretch and Deputy Chief of the Criminal Division Elise Becker.

3    IT IS SO ORDERED.

4    Dated: December 12, 2016

5

6    JEFFREY S. WHITE
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2